[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

\U

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

ιυ DEC 26 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth Motley

                    ,

**Plaintiff(s),**

**vs.**

Illinois Department of Corrections

                    ,

**Defendant(s).**

**Case No.**

1:24-cv-13221
Judge Johnson Coleman
Magistrate Judge Jantz
RANDOM CAT 2

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is _Kenneth Motley_.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _Illinois Department of Corrections_ , is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____,

State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: _Racially discriminated and wrongfully_
_Terminated the plaintiff_

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.      Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (**_Leave blank_**

**_if no custom or policy is alleged_**):_____

_____

_____

_____.

8.      Plaintiff was charged with one or more crimes, specifically:

_____ SEE Attatched Exhibit A 1,2 &3, & 4 _____

Exhibit B 1-14 _____

_____

_____

_____

9.      (**_Place an X in the box that applies. If none applies, you may describe the criminal_**
**_proceedings under "Other"_**) The criminal proceedings

☐   are still pending.

☒   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐ Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a _nolle prosequi_ order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See Exhibit B

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

My goal was to get the 3yes experence needed to become a private investigator. I have not only Aged out, but no other Corrections facilities would hire me due to the false Allegations And termination done to me. See Attatched Exhibit C 1-16

13.    Plaintiff asks that the case be tried by a jury.  ☒ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature:    _Kenneth Motley_

Plaintiff's name *(print clearly or type)*:    _Kenneth Motley_

Plaintiff's mailing address:    _12223 S. Green St._

City _Chicago_    State _IL._    ZIP _60643_

Plaintiff's telephone number: (_708_) _515-1994_ .

Plaintiff's email address *(if you prefer to be contacted by email)*:
_getwyld@yahoo.com_

15.    Plaintiff has previously filed a case in this district.    ☒ Yes ☐ No

*If yes, please list the cases below.*    1:16-CV-06641
Motley v United Airlines

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| XX | EEOC | 440-2019-03989 |

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
|---|---|

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* <br> Mr. Kenneth Motley | HOME TELEPHONE *(Include Area Code)* <br> (312) 989-6735 | |
|---|---|---|
| STREET ADDRESS <br> 561 Bensley Avenue | CITY, STATE AND ZIP CODE <br> Calumet City, Illinois 60409 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME <br> Department of Corrections | NUMBER OF EMPLOYEES, MEMBERS <br> 15 + | . | TELEPHONE *(Include Area Code)* <br> (773) 674-7100 |
|---|---|---|---|
| STREET ADDRESS <br> 2700 S. California Avenue | CITY, STATE AND ZIP CODE <br> Chicago, Illinois 60608 | | COUNTY <br> Cook |
| NAME | | TELEPHONE NUMBER *(Include Area Code)* | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [XX] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE <br> [ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER *(Specify)* | EARLIEST *(ADEA/EPA)*    LATEST *(ALL)* <br> March 2018     June 2018 <br> [XX] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

··· S E E   A T T A C H E D ···

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I delcare under penalty of perjury that the foregoing is true and correct. <br><br> 4/8/19   *Kenneth Motley* <br> Date    Charging Party *(Signature)* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* <br> 4/8/2019 <br> *OFFICIAL SEAL* <br> *SHANITA STEVENS* <br> *NOTARY PUBLIC STATE OF ILLINOIS* <br> *MY COMMISSION EXPIRES:05/06/22* |

EEOC FORM 5 (Test 10/94)

Exhibit A(2)

**CHARGE OF DISCRIMINATION**

*Kenneth Motley and Department of Corrections*

The Particulars Are:

I.    Complainant began working for Respondent in January 2018 as a corrections officer.

II.   Respondent has discriminated against Complainant based on his race.

III.  During his training at the Academy, Respondent investigated Complainant based on false complaints that Complainant had announced his intent to join the Black Panther Party, was going to attend a Black Panther rally, and repeatedly stated Happy Black Panther Day.

IV.   In fact, Complainant was simply speaking to a friend about making plans to see the new movie Black Panther that was coming out that weekend. Non African American employees were also speaking about seeing this movie but were not investigated for talking about their intent to see Black Panther, the movie.

V.    Respondent also claimed it was investigating Complainant for allegedly using an inappropriate and racial comment in a voluntary survey about his supervisor. The comment used in this voluntary survey was neither inappropriate nor racial. Rather, it was a term used to praise his supervisor. Respondent wrongly assumed it was a racially inappropriate term without any attempt to verify its meaning when used by African Americans when praising another individual.

VI.   Respondent also claimed it was investigating Complainant about making a comment to a Caucasian female probationary corrections officer that Respondent claimed to be sexually and racially offensive. Respondent investigated this alleged matter despite the fact that the female was not offended, told Respondent that she was not offended and that she was the one who initiated the conversation with Complainant, and clearly stated that she did not want to make any complaint because she was not offended and did not believe Complainant said anything inappropriate.

VII.  The investigating officers took no action against Complainant after reviewing the evidence.

VIII. In March 2018, Complainant was assigned to the Respondent's Correctional facility in Pontiac. Complainant performed all of his duties and met Respondent's legitimate expectations during his time at the Pontiac facility.

IX.   Complainant was the only African American on his shift at his assigned location at Pontiac. The Caucasian correctional officers made several inappropriate sexually offensive comments during the shift but were never disciplined.

1

Exhibit A(3)

X.    On about April 20, 2018, Complaint was informed that Respondent was once again investigating the same charges as before regarding Complainant's statements about seeing the Black Panther movie which Respondent deliberately misinterpreted to refer to the Black Panther Party, the alleged racial comment made in a voluntary survey, and the false claim about making a sexually harassing comment to a female who clearly stated that Complainant had not made any inappropriate statement.

XI.    Respondent suspended Complainant based on these false charges on or about May 18, 2018, and on June 18, 2018, Respondent terminated Complainant based on these false charges.

XII.    Respondent has not terminated Caucasian or non African American employees for talking about seeing movies, including talk about the Black Panther movie, and has not terminated Caucasian or non African American employees based on false claims that a statement was sexually offensive.

XIII.    Respondent told Complainant he could apply for a position as a Corrections Officer in March 4, 2019. After Complainant took the entrance exam, the same exam he passed before January 2018, Respondent told Complainant that he had failed this exam. Complainant did not fail the exam.

2

Exhibit A(4)

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

October 10, 2024

Mr. Kenneth E. Motley
c/o Arthur R. Ehrlich, Esquire
Law Offices of Goldman & Ehrlich
53 W. Jackson St., Ste. 815
Chicago, IL  60604

Re: EEOC Charge Against Illinois Dept. of Corrections, et al.
    No. 440201903989

Dear Mr. Motley:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Kristen Clarke
Assistant Attorney General
Civil Rights Division

by      /s/ Karen L. Ferguson
        Karen L. Ferguson
        Supervisory Civil Rights Analyst
        Employment Litigation Section

cc: Chicago District Office, EEOC
    Illinois Dept. of Corrections, et al.

Exhibit B
1 of 14

11/15/24


RE: KENNETH MOTLEY

V

IL DEPT OF CORRECTIONS


I started with the Dept. on JAN. 22nd 2018, During my 6 weeks of training at the academy down in Springfield Il, I was falsely accused of being a "security threat" for saying "Happy Black Panther Day" on the friday morning that we were set to go home and also the same day that the FILM (Black Panther) was released and the REASON I made the comment. I was also falsely accused of sexual harrassment and it WASNT by the party involved in the case. Long story short,...an investigation was done (TWICE), 1) by the state of Illinois and the other by Affirmative Action. I was represented by union rep CHRIS OWENS and nothing came of the investigations...no discipline of ANY kind !!! I started at my work facility (I believe it was March 1st 2018) and when I arrived, There was a new interim Warden named Terri Kennedy. I was at my facility for 2.5 months WITHOUT incident. It was a rocky start at first because the "RUMORS" of what happen at the academy got to the facility before "I" got there and alot of the officers had already had a pre concieved idea of who I was. My "Very 1st day" at Pontiac Penitentiary, I worked in North House where...the ENTIRE 8hr shift, the conversation among the all white officers (me being the ONLY black officer) ...was about THEM sucking dick and how much it would take for them to do it...This was the OFFICERS in the Officer's break room. Now, I was un nerved by this but said NOTHING not only because of what had happen to me at United Airlines, but also because,..I wasnt trying to look like no "punk" or "make waves" seeing that I already felt like I was a target because of the incident at the academy. Fast foward to me finding out that there was 2 open positions for a Sargent in the Kitchen on the "Farm"...(my assigned work area) and so I made my intent to apply known to the staff of the kitchen. Well,...right after I did that, as well as submitting a "facility improvement memorandum" that I had typed up (trying to improve the conditions at the facility),... I received a letter from the facility saying that I was being investigated. When I read the charges, I KNEW ,...I was being railroaded because the charges were the "same ones from the academy that I had just got threw dealing with and I didnt understand how the Pontiac facility had the right or the authority to investigate me for something that DIDNT happend AT theyre facility AND was already investigated TWICE. At the Pontiac hearing, I was represented by union counsel who themselves demanded that the charges be dropped but once the warden saw that the union was representing me and I wasnt yet off of my 6 mo. probation (slated for june 22nd) they threaten the union some kind of way saying that they would be brought up on charges if they continued on...(this was told to me BY the union rep). I wrote in my statement that I would move foward with litigation if I was harassed and investigated again for the incident and so, that, combined with the reputation that preceded me and my initiative to make a lateral advancement while still on probation , all didnt sit well and so on my friday, right as I punched out, I was given a letter stating that I was officially "suspended for 30 days pending termination "...This was on May 15th 2018 This move was "strategically done" because they KNEW I was coming up to making my probation deadline and wanted me gone. On the 30th day I was "suppose to return" back to work, I got a certified letter saying that I was OFFICIALLY FIRED and that was (I believe June 16th 2018). I had been trying to secure the money

11/15/24

RE: KENNETH MOTLEY

V.

IL DEPT OF CORRECTIONS

I started with the Dept. on JAN. 22nd 2018, During my 6 weeks of training at the academy down in Springfield IL I was falsely accused of being a "security threat" for saying "Happy Black Panther Day" on the friday morning that we were set to go home and also the same day that the FILM (Black Panther) was released and the REASON I made the comment. I was also falsely accused of sexual harresment and it WASNT by the party involved in the case. Long story short....an investigation was done (TWICE), 1) by the state of illinois and the other by Affirmative Action. I was represented by union rep CHRIS OWENS and nothing came of the investigations...no discipline of ANY kind !!! I started at my work facility (I believe it was March 1st 2018) and when I arrived. There was a new interim Warden named Terri Kennedy. I was at my facility for 2.5 months WITHOUT incident. It was a rocky start at first because the "RUMORS" of what happen at the academy got to the facility before "I" got there and alot of the officers had already had a pre concieved idea of who I was. My "Very 1st day" at Pontiac Penitentiary, I worked in North House where...the ENTIRE 3rd shift, the conversation among the all white officers (me being the ONLY black officer) ...was about THEM sucking dick and how much it would take for them to do it...This was the OFFICERS in the Officer's break room. Now, I was un nerved by this but said NOTHING not only because of what had happen to me at United Airlines, but also because...I wasnt trying to look like no "punk" or "make waves" seeing that I already felt like I was a target because of the incident at the academy. Fast foward to me finding out that there was 2 open positions for a Sargent in the kitchen on the "Farm"...(my assigned work area) and so I made my intent to apply known to the staff of the kitchen. Well,...right after I did that, as well as submitting a "facility improvement memorandum" that I had typed up (trying to improve the conditions at the facility)... I received a letter from the facility saying that I was being investigated. When I read the charges, I KNEW ....I was being railroaded because the charges were the "same ones from the academy that I had just got threw dealing with and I didnt understand how the Pontiac facility had the right or the authority to investigate me for something that DIDNT happend AT theyre facility AND was already investigated TWICE. At the Pontiac hearing, I was represented by union counsel who themselves demanded that the charges be dropped but once the warden saw that the union was representing me and I wasnt yet off of my 6 mo. probation (slated for june 22nd) they threaten the union some kind of way saying that they would be brought up on charges if they continued on.../this was told to me BY the union rep). I wrote in my statement that I would move foward with litigation if I was harassed and investigated again for the incident and so, that, combined with the reputation that preceded me and my initiative to make a lateral advancement while still on probation , all didnt sit well and so on my friday, right as I punched out, I was given a letter stating that I was officially "suspended for 30 days pending termination "...This was on May 15th 2018 This move was "strategically done" because they KNEW I was coming up to making my probation deadline and wanted me gone. On the 30th day I was "suppose to return" back to work, I got a certified letter saying that I was OFFICIALLY FIRED and that was (I believe June 16th 2018). I had been trying to secure the money

*Exhibit B*
*2 of 14*

needed to file my case I tell you as GOD AS MY WITNESS,....I did NOT sexually harass ANYONE, I never once said ANYTHING about joining the Black Panthers, and finally, the charge of me using speech "unbecoming an officer" (as THEY put it) in regards to the charge of me saying: "cover your ass" , on a VOLUNTARY SURVEY, was just theyre way of trying to trump up my charges.  Now it was bad enough that I had went through a terrible termination at my former employer of 16yrs United Airlines, not to mention, it took me "2yrs" to finally get the job with the Dept. of Corrections, there was NO WAY I was going to do ANYTHING to hinder or jeapordize me losing this job. I went through a divorce and loss my house and brand new truck and FINALLY found a finance company who only approved my funding BECAUSE I had got the job with the D.O.C., and they further caused me economical damage with theyre EGREGIOUS, MALICIOUS and INTENTIONAL prosecution and wrongful termination as well as Defamation of character. They have undone all the work I did in "trying to repair my credit as well as forced my children and I to suffer even MORE financially and emotionally"...by having to remain in a bad neighborhood and forcing me to return back onto public assistance. My children have out grown EVERYTHING and as the custodial parent for them, it has been HELL trying to provide and rely on financial assistance from the government. I fell 4 months behind on the new car that I had bought "3 days before I started with the D.O.C. (the car was needed to GET  to work). I drove 2hrs to work and 2hrs home DAILY at $600 mo. in gas. My intent was to put in the minimum 1.5 yrs required to transfer to the closer facility STATEVILLE .

The Il. Dept of Corrections missed theyre filing deadline TWICE but the EEOC continued to break the rules giving THEM, extension after extension. They continuously and intentionally delayed this case aniticipating that I would give up and let it go but I will NEVER !!!! I want to add the EEOC as a DEFENDANT by need an attorney to do so.  My investigator stated that she was ready to file in MY favor "3yrs ago" but HER supervisor instructed her to give the I.D.O.C. continued extensions which is why this case is so old. EEOC has changed supervisors "3 TIMES" since my case exsisted. If I was guilty of ANYTHING, It wouldn't have taken the I.D.O.C. "6yrs" to defend themselves against my …."allegations" when the case was at the EEOC. FURTHERMORE, If I had been guilty of ANY of the charges,  the STATE, AFFIRMATIVE ACTION, AND THE ACADEMY, wouldn't have allowed me to FINISH MY TRAINING AND GRADUATE !!!!!!!. This job was my COMEBACK and I made A LOT of sacrifies to get it only to  be discriminated against me from the moment I got there.

There was a WHITE FEMALE officer who "allowed" inmates to fondle her yet, SHE wasn't fired. She was moved to operate the "employee cage" instead and kept away from inmates yet, "I" was fired...and for allegations and charges that did NOT happen "AT my working facility" where I was terminated from. Then, everytime I "re applied" for a job back at the department, going through ALL THE HOOPS to start all over, I was denied employment citing my termination only for them to TELL ME TO RE APPLY... KNOWING...they were NOT going to re hire me. It was the defamation of my character that stung the most.  This experience gave me a "front row seat" to the political games and corruption that plagues our system.  My health has begun to deteriorate and despite that, I have made it perfectly clear to my children that "IF" this case was to not be resolved before my death, that they are to take up my case on my behalf.

I am seeking FULL & COMPLETE RESTITUTION including but not limited to, ALL back pay and medical benefits in addition to  $2M and legal fees and PUNATIVE damages !!!!!!!

*Kenneth Motley*

needed to file my case I tell you as GOD AS MY WITNESS....I did NOT sexually harass ANYONE, I never once said ANYTHING about joining the Black Panthers, and finally, the charge of me using speech "unbecoming an officer" (as THEY put it) in regards to the charge of me saying: "cover your ass" , on a VOLUNTARY SURVEY, was just theyre way of trying to trump up my charges. Now it was bad enough that I had went through a terrible termination at my former employer of 16yrs United Airlines, not to mention, it took me "2yrs" to finally get the job with the Dept. of Corrections, there was NO WAY I was going to do ANYTHING to hinder or jeapordize me losing this job. I went through a divorce and loss my house and brand new truck and FINALLY found a finance company who only approved my funding BECAUSE I had got the job with the D.O.C., and they further caused me economical damage with theyre EGREGIOUS, MALICIOUS and INTENTIONAL prosecution and wrongful termination as well as Defamation of character. They have undone all the work I did in "trying to repair my credit as well as forced my children and I to suffer even MORE financially and emotionally"...by having to remain in a bad neighborhood and forcing me to return back onto public assistance. My children have out grown EVERYTHING and as the custodial parent for them, it has been HELL trying to provide and rely on financial assistance from the government. I fell 4 months behind on the new car that I had bought "3 days before I started with the D.O.C (the car was needed to GET to work). I drove 2hrs to work and 2hrs home DAILY at $600 mo. in gas. My intent was to put in the minimum 1.5 yrs required to transfer to the closer facility STATEVILLE.

The IL Dept of Corrections missed theyre filing deadline TWICE but the EEOC continued to break the rules giving THEM, extension after extension. They continuously and intentionally delayed this case anticipating that I would give up and let it go but I will NEVER !!!! I want to add the EEOC as a DEFENDANT but need an attorney to do so. My investigator stated that she was ready to file in MY favor "2yrs ago" but HER supervisor instructed her to give the I.D.O.C. continued extensions which is why this case is so old. EEOC has changed supervisors "3 TIMES" since my case exsisted. If I was guilty of ANYTHING, it wouldn't have taken the I.D.O.C. "6yrs" to defend themselves against my ...."allegations" when the case was at the EEOC. FURTHERMORE, if I had been guilty of ANY of the charges, the STATE, AFFIRMATIVE ACTION, AND THE ACADEMY, wouldn't have allowed me to FINISH MY TRAINING AND GRADUATE !!!!!. This job was my COMEBACK and I made A LOT of sacrifies to get it only to be discriminated against me from the moment I got there.

There was a WHITE FEMALE officer who "allowed" inmates to fondle her yet, SHE wasn't fired. She was moved to operate the "employee cage" instead and kept away from inmates yet, "I" was fired...and for allegations and charges that did NOT happen "AT my working facility" where I was terminated from. Then, everytime I "re applied" for a job back at the department, going through ALL THE HOOPS to start all over, I was denied employment citing my termination only for them to TELL ME TO RE APPLY... KNOWING...they were NOT going to re hire me. It was the defamation of my character that stung the most. This experience gave me a "front row seat" to the political games and corruption that plagues our system. My health has begun to deteriorate and despite that, I have made it perfectly clear to my children that "IF" this case was to not be resolved before my death, that they are to take up my case on my behalf.

I am seeking FULL & COMPLETE RESTITUTION including but not limited to, ALL back pay and medical benefits in addition to $2M and legal fees and PUNATIVE damages !!!!!!

*Exhibit B*
*3 of 14*

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    Upgrade Now

D.O.C.-Lawsuite ✕    Search in d.o.c.-lawsuit    Advanced ∨    Home

Compose    Back ↩ ↩ ↪    Archive    Move    Delete    Spam    ⋯    21

Inbox    1.1K
Unread
Starred
Drafts    14
Sent
Archive
Spam
Trash
Less

Views    Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders    Hide
New Folder
561 Bensley Rep...    54
95th & DanRyan
A4CB    2
AAA FREIGHT    7
AB BOSS    1
Acorns    7
Alisha Bullshit    96
Allied Universal
Amazon    13
APL Cargo    2
Applbees    2
Art Institute
B Slade Music
Background chec...    3
Bad investment exa...
Best Buy    2
Boats    12
buisness plan
Car Note Payme...    19
Cassens

### RE: Kenneth Motley - 708.515.1994    Yahoo/D.O.C. L... ☆

**Bryan Wood**    🖨    Wed, Nov 27 at 11:14 AM ☆
From: bwood@kaplanlawatx.com
To: getwyld@yahoo.com
Cc: Esmeralda Barrera

A/C Privileged

Mr. Motley –

Following up on our call last week, I appreciate you authorizing me to share your situation with my contact at the EEOC. I think its important for them to understand how their delay resulted in certain claims you may have been able to pursue expired due to their delays.

As discussed, unfortunately, we're not in a position to take on your matter. I recommend you contact one of the following attorneys who may be able to help:

Chiquita-Hall Jackson

Quinton Osborne

Christina Hatzidakis

Karen Doran

You can find all their contact information, as well as other attorneys who may be able to help, using the Find A Lawyer function at www.nela-illinois.org.

Best regards,

Bryan

**J. Bryan Wood | He/him**
**Attorney | Kaplan Law Firm, PLLC**
321 S. Plymouth Court, Suite 1250J | Chicago, IL 60604
Call: (312) 554-8600 | Fax: 512-692-2788
bwood@kaplanlawatx.com | www.kaplanlawatx.com

From: Bryan Wood
Sent: Monday, October 28, 2024 1:36 PM
To: getwyld@yahoo.com; Esmeralda Barrera <ebarrera@kaplanlawatx.com>
Subject: FW: Kenneth Motley - 708.515.1994

A/C Privileged

Mr. Motley –

I'm out of the office today, but I have copied Esme with our office who can help you get started with providing information about your matter.

Look forward to figuring out if we can help.



Step up your holiday gifting

Save up to $450 on Intel® laptops

intel CORE ULTRA

Shop now ›

AVAILABLE

Exhibit B
4 of 14

2/16/19

# FORMAL APPEAL of DENIAL

To: Ken Hilgendorf and the Administrative Review Committee

Content:

1) Feb 5th 2019 Denial Letter
2) Feb 4th 2019 Congratulations Letter
3) Sept. 14th 2018 Grade A qualified Letter
4) My statement and Union statement from April 19th 2018 hearing
5) Summary of Evidence by Dan Hobart
6) March 22nd 2018 Notification of completed investigation from the Academy
7) March 26th 2018 INTRODUCTION & PROPOSAL I drafted and submitted to Warden Kennedy
8) April 20th 2018 Memorandum from Dan Hobart detailing the charges
9) Disciplinary Action-Suspension Notice I received on 5/16/18
10) State of Il. Code of Personal Conduct
11) 4 Items:
    A) Photo of the Black Panthers Community Group
    B) Photo of the Black Panthers W.I.C. Program
    C) Reciept from my Black Panther Painting
    D) Photo of my Black Panther Painting
12) 10/31/16 Letter I wrote to the I.D.O.C. when I 1st applied for employment
13) Photo of the trainer who Taught us the acronym C.Y.A. Cover Your Ass
14) Photo of C.O.T. Savannah Jones, the white female cadet who the statement: "make sure you don't tell your husband that you were on top of a black guy today" was said to, and who verified that SHE started the conversation and that she "was NOT" harassed by the comment because SHE brought the subject up.
15) Phot of C.O.T. Staci Pitchford, that I am FALSELY accused of saying ANYTHING sexually harassing to and whom has also confirmed that I have NEVER said ANYTHING sexually (directly or indirectly) to.

Exhibit B
5 of 14

Dear: Mr. Hilgendorf and the ARC,

It is with great frustration, hurt, and embarrassment that the state has put me in this position. I am sitting her typing this formal appeal for a 2nd chance at a job that I shouldn't have been fired from to begin with and that took me "2yrs" to get. It was my hope and expectation that I would get a "fresh start" being at a different facility (not to mention the fact that I KNEW I did NOTHING wrong while employed at Pontiac) which is why I re-applied for a position at the Sheridan facility.

I am going to begin my appeal with a recap of who I am and what brought me to the I.D.O.C. and then I will address the charges that were brought up against me....

Before coming to the dept. of Corrections, I worked for United Airlines for 16yrs. I was fired for using profanity at a passenger who "unprovokingly", physically assaulted me 3xs for ABSOLUTELY NO REASON. For saying: "Lady, don't you ever put your fucking hands on me again", I lost the financial lifestyle that My family and I had known for 16yrs. It was ok for a white woman to hit a Black Man, but "I" was disciplined for standing up for myself and lost my lively hood on June 4th 2015, while SHE was awarded 2500 bonus mileage points for HER "inconvenience". Why am I telling this?... Because THIS incident changed my LIFE and my way of thinking and "destroyed my trust" in people and the system.

Now fast forward to 1/22/2018, I start my "1st job" of gainful employment since that termination. That's 2yrs, and 7 months of financial suffering and struggling for myself and my 7 children. I lose EVERYTHING, House, brand new truck, got divorced, child support, credit destroyed and Im on government assistance, ME,...A GROWN MAN, Father of 7, I cant provide for my family and Im NOT a happy camper. After 2yrs of attempting to qualify and get hired with the IDOC, (If you recall Mr. Hilgendorf, my drivers license was in suspension and YOU assisted me by giving me an extension to get it resolved). I wound up not making that 2017 class but I kept at it and in October of 2017, I was FINALLY called.

Now,...lets get to what transpired during my employment with the I.D.O.C. :

For starters, the charges that were brought up against me by Warden Kennedy did NOT happen at my Pontiac facility. They happened at the Academy "5 month PRIOR" to HER investigation against me. According to the Memorandum (dated April 20th, 2018) (PG8), I was brought up on 5 charges,

1)  Sexually inappropriate comments regarding COT Staci Pitchford

2)  (My FAVORITE), I commented that I was going to attend a Black Panthers (security threat group) rally
3)  "Inappropriate behavior" by repeatedly yelling "Happy Black Panther Day"
4)  "Inappropriately and racially charged comments" made by myself on instructor evaluation form
5)  "Inappropriate comment" in an official II dept. incident report where I used the acronym "CMA" (cover my ass) as justification for completing the report.

CHARGE NO 1.:

I have NEVER said ANYTHING sexually inappropriate TO or ABOUT COT Pitchford or ANY other COT or STAFF !! This charge is also being confused with the comments I made with COT Savannah Jones who is the individual that this ENTIRE investigation started with and from (se PG 5 of my documents.. Summary of Evidence). What the powers that Be are NOT telling you all Mr. Hilgendorf and ARC is that, COT Savannah Jones (white) HERSELF told the STATE and the Affirmative Action dept. ( the two dept. that investigated the "charge"), that I did NOT sexually harass her and that it was HER that started the general conversation that we were having. In addition, COT Staci Pitchford also told them that I have never said anything sexually to her !!! The "MOIST" I have EVER said to COT PITFORD was "hi".

CHARGE NO 2.:

"Through witnesses statements that COT Motley commented during a telephone call that he was going to attend a "Black Panthers" (Security Threat Group) rally".

The "witnesses statements" that they are referring to are my 7 fellow roommates (all white males), who were listening to me talk to a friend on the cell phone discuss us attending the Opening Day release of the "MOVIE"..... BLACK PANTHER !!!! She asked me what theatre did I want to see the movie in and if It was showing in 3d. I told her not to choose a theatre in the "hood" because I knew it would be full of thugs and hoodlums and I wasn't in the mood to have to deal with any drama. I then told her that, " although, it wouldn't matter because I would be going 'strapped'". "The word "strapped" reffered to me carrying my weapon with me because I am conceal and carry licensed. We chose the CHICAGO RIDGE MALL location where, after leaving the academy for the weekend on that Friday (the same day I woke up and said the phrase "Happy Black Panther Day" to my fellow cadets). I did NOT run "up and down the hall ways as they stated (trying to "amplify the charges"), we were in the "bathroom" brushing our teeth and I NEVER denied saying it !!!! My question is,... what is "illegal" about saying "Happy Black Panther Day"? Furthermore, it was THIS CHARGE that set in motion a change in the atmosphere for me at the academy. THIS was the 1st of the 5 charges and THIS took place on the friday of the end of my 2nd week of training. When I came back to the academy on that Monday. I was told that I was being re-assigned to another room. Because of this, (and what I had experienced at United that got me fired), I decided to not be social or speak to ANYONE because I NO LONGER "TRUST THEM". Now the irony is, it was my "silence" that created a name for myself. BECAUSE I didn't talk to people I was deemed an "anti-social" individual and there seems to be a stigma from being from Chicago that made people look at me like I was a "rare commodity".

CHARGE NO 3. :

Exhibit B
7 of 14

I have already touched on this charge above but to elaborate and further clarify,...

I did NOT run through the halls yelling "Happy Black Panther Day", I was in the BATHROOM when I made the comment and it was in reference to the release of the FILM,...BLACK PANTHER that I was going to see the moment they released us and I got home. In addition, they called the "Black Panthers" a "security threat group" TWICE when refering to them. A security "threat" group to who? I did not grow up in the Black Panther era and knew little about the (ironically), but what I did find out (thanks to this charge being brought against me), is that, the only "security" that was threatened by a "group" was "Black folks right to live in peace and equality" ! See PG 11 1ST 2 Sheets

CHARGE NO. 3 cont.:

The "Black Panthers" were a community coalition that formed out of the need to SURVIVE because my parent's generation felt that the they're government wasn't doing enough to assist the poor of they're community NOT TO MENTION the police brutality that they suffered on a DAILY BASIS so the Black Panther Party was formed to help THEY'RE community by providing services such as lunch programs, shoes and clothing drives, free medical attention, and YES,...even "armed security PROTECTION" from those who chose to oppress them. The same W.I.C. program that feeds "people of ALL colors to THIS DAY" was started by this "security threat group" that the state, warden Terri Kennedy, and Dan Hobart are FALSELY accusing me of saying I was going to attend they're rally. African Americans showing UNITY was the "actual threat" to this country and THAT is why the government "violently" dismantled them. Meanwhile, the most violent "security threat group" (the KKK) still exsist to THIS DAY and the government does NOTHING against THEM !!!! So, NO SIR,...I DID NOT say I was going to join the Black Panthers Party or attend a rally by them. HOWEVER,....Knowing what I have learned about them these last 6 months of researching them for the purpose of understanding why I was charged, I stand behind what they stood for,...helping they're community and feeding they're children and YES, even the "protecting themselves from any and ALL threats foreign AND domestic (sounds familiar). You see sir, if THIS is what is defined as a "security threat group", then EVERYONE on this planet is a threat. I don't know " 1 person" that wouldn't don't "whatever it takes" to protect themselves from ANYONE or ANYTHING that attacked them or they're home. I am NOT a threat to myself, the public, or the state !!!

CHARGE NO. 4 :

I am charged with making "inappropriate and racially charged comments" but I was NEVER told what those comments were. It is MY opinion that my superiors were attempting to exacerbate the charges by defining my saying: "Happy Black Panther Day" as "racially charged". Where in that comment is it "racially charged"? Another thing they didn't mention is,..the week leading up to that Friday (the morning I made the comment) EVERYONE was talking about how they were going to see this MOVIE. So finally, here it is, Friday, and I woke up with EXCITEMENT, (NOT ONLY) BECAUSE WE WERE LEAVING THE ACADEMY (which is a reason to celebrate within itself), but I was "EXTRA EXCITED" because I was finally going to see Black Panther,...THE MOVIE !!!!!!   THAT WAS IT,..THAT WAS ALL !!!!!!

CHARGE NO. 5:

I was charged with making an "Inappropriate comment" in an official II dept. Incident report using the acronym CYA (cover my as). My trainer, (See document no# 13..photo included but name forgotten), is the one who beat the saying into our minds as his way to remind us to be "thourough and precise" when

*Exhibit B*
*8 of 14*

CHARGE NO 5: cont.

Doing our reports. What I have a problem with is,… How is it, my trainer can use the acronym for 6 weeks of training, but the moment "I" use it on a "survey", (one that was voluntarily done) its being held against me as a charge of "conduct unbecoming an officer? I have nor did I have ANY issue with this trainer or the manner in which he trained us (which is also noted on said survey) and I do NOT feel that any charge or discipline should come against him for his style of training. It HELPED me and it is also WHY I used it on my survey,…It was MY WAY of "paying homage to him, using HIS 'calling card'".

SUMMARY:

Mr. Hilgendorf and ARC, I did not spend 2yrs fighting to get a job where I would do something to risk losing that job !!!! I have NEVER committed sexual harassment a day in my life, and with all due respect,…I DEFINITELY wouldn't have done so to a white woman. Now before that last comment is taken out of context (which seems to be easily done with the state), let me explain what I mean. I have NEVER dated nor attempted to date a white woman and its not because of color, but "PERSONAL PREFFERENCE" and I have ALWAYS been into Black, Dominican and/or Jamaican women. As you can see from the photos with my fellow cadets in questions, If I had done ANYTHING offensive to these women, they would have NOT taken photo's with me. Furthermore, I also cant understand how, charges that not only occurred at the academy, but were also investigated TWICE "FROM" the academy, and NO CHARGE came from "either" investigation YET,…. The New warden, Terri Kennedy, had the right to bring "her own charges" up against me using "these charges from the academy incident" to have me removed from her facility. It is "MY OPINION" that this attack from Ms. Kennedy, was her response to my Introduction and Proposal letter that I had submitted to her a "month earlier". In that proposal, I made recommendations that I felt would help improve moral for the inmates and make a better work environment for staff and against the advice of the more experienced officers there who told me that I shouldn't submit it to her, I did ANYWAY. It was the allegations against me from the incident at the academy, that made and created a "premature presumption" of myself to the staff of the Pontiac facility that preceded me AND my attempt to come in and make "change for the better" in addition to notifying staff of my intent to apply for the promotion for Sargent (seeing that 2 positions were readily available the moment I got there). In my over zealousness to move up in the company, I discovered (the hard way) that a probationary employee coming in with "10 seconds of seniority" (and again,.. in addition to the incident at the academy that beat me to the facility giving officers and management a "preconceived notion" of who I am) wasn't a good start. It is "MY" opinion that warden Kenned had no right or merit to use that incident as justification to let me go, and I have also researched to see if she had any "legal" standing to do so. What I also know is, to not only give me a 30 day suspension, but then upgrade that to a termination for an incident (without merit I might add), that did NOT take place at HER facility, and yet, there are others who have committed FAR MORE heinous ACTS that are still at the facility. If you notice, even the union who did they're OWN investigation to the charges found that I did nothing wrong and supported me and represented me (although they didn't have to because I was still on probation). Ironically, not only did I just receive praise in my evaluation from my superior my last day of work May 16th 2018 which was also my Friday and the day I got the notice of my 30 day suspension (which "conveniently ended" 5 days from the end of my 6 month probation and I would have been "certified"), but also, the warden told the union that if they continued to represent me she would seek charges against THEM for violating some rule that they were allegedly violating representing a probationary employee. Prior to the warden's investigation, I had had NO incidents at the facility.

Exhibit B
9 of 14

SUMMARY: cont.

My experience at Pontiac (for the most part) was a positive one. All of my "discomfort" that I experienced came from other officers who had already made they're minds up about me PRIOR to getting to know me for themselves and THAT made me seclude myself from "them specifically" during social moments.  I had NEVER had an incident with an inmate, I was assigned to the farm and my inmates knew ME before I got to know THEY'RE names. I gave and received respect to and from EVERYONE and warden Kennedy's decision to take away my employment was not only financially and emotionally detrimental to me and my family, it was also egregious, and malicious and the charge of sexual harassment was/is defamating. As you can see, these allegations are hindering me for qualification of being re hired now. THAT,..is something that will follow me for the rest of my life applying for jobs and I REFUSE to allow that to stand !!!!!! I travelled 2hrs (each way) from home to work at Pontiac at a cost of $600 a month in gas only to take home $1100 every 2 weeks, but this was the career path I decided to embark on because it was a stepping stone to me getting my private investigation license. The purpose of me "re-applying" for the Sheridan facility was because I felt it would be a "fresh start", one I felt I deserved ( hence my appeal and letter from CMH saying that I qualified with a grade A ) I decided not to give up on my goal DESPITE knowing I would not only be losing out on the time I invested and spent getting qualified but also knowing that I would have to go through the academy AGAIN,.. (something I was dreading but was/am STILL willing to do to vindicate my NAME). I was a team player and NEVER went against a fellow officer (even if they were wrong), I did my job and covered my partner's back (even the ones who had pre judged me). I did NOT deserve ANY discipline action what so ever let alone termination.

CLOSING:

I did ABSOLUTELY NOTHING WRONG not only at the academy, but also my facility (Pontiac). I made A LOT of sacrifices to get through training including giving up temporary custody of my children and borrowing from friends and family to get me through the process. I am MORE than sadden by warden Kennedy's actions and continuing to weigh my options.

I not only want to thank YOU Mr. Hilgendorf for my experience with you throughout my ENTIRE process from "Day 1", I want to also say that, I have NO ill will towards YOU. You have worked to help me through the process even giving me an extension when the city of Chicago jeapordised my chances of getting hired.  I have been unemployed since my termination (9 months) and it has been MORE than a struggle. The brand new car that I got "2 days before I started training" (and was approved BECAUSED I had proved to them that I had a new job) is now in risk of being repossessed for non payment for the last 4 months and has DESTROYED my credit. I am simply looking to re establish myself and get back on my feet. You can rest assure, I will NOT be looking to make ANY upward moves promotion wise at this new facility. I know NOW that,... my silence and "anti social behavior" at the academy, "IF" approved, will have nothing to do with my fellow cadets, but all about me not wanting open myself to any issues or incidents. I look forward to getting your decision (mail or email), and I will respond accordingly. I thank you for your time and once again Mr. Hilgendorf,....... THANK "YOU" personally !!!!!!!! Innocent of ALL charges !!!!!!!

KENNETH E MOTLEY

JB Pritzker
Governor



John Baldwin
Acting Director

*Exhibit B*
*10 of 14*

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

March 04, 2019

Kenneth Motley
561 Bensley
Calumet City, Il 60409

*TRANSMITTED VIA EMAIL*

Dear Mr. Motley:

This letter is in response to your most recent appeal request to be reconsidered for employment with the Illinois Department of Corrections.

Your file was previously submitted for Administrative Review due to issues discovered during your background investigation. Your appeal was taken into consideration and your file was resubmitted for a second Administrative Review.

Upon review of your appeal letter, the Administrative Review Committee made a recommendation, with which the Director concurred, that you not be considered for employment at this time. You may retest one year from the date of denial. The date of the denial is 02/04/2019.

Again, no further consideration will be granted at this time.

Sincerely,

Ken Hilgendorf
Manager, Central Services

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

# Black Panther Painting

Exhibit B
11 of 14

From:   kenneth motley (getwyld@yahoo.com)

To:     getwyld@yahoo.com

Date:   Saturday, February 16, 2019 at 12:39 PM CST



Sent from Yahoo Mail on Android





Exhibit B
13 of 14

Cadet
STAci
Pitchford



Exhibit F
14 of 14

TRAINING OFFICER who DAILY used the Acronym C.Y.A. (Cover your Ass) who Asked us to fill out A "Voluntary Opinion Form" And MY Comments from that form were used Against Meg for using that SAME ACRONYM!!!

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 26 of 41 PageID #:26
Yahoo Mail - Indeed Application: Court Security (Full Time)

Indeed Application: Court Security (Full Time)

*Exhibit BC*
*1 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Wednesday, May 22, 2024 at 08:31 PM CDT

## indeed

✅ **Application submitted**

# Court Security (Full Time)

**Lake County Sheriff Department** -
Crown Point, IN 46307



The following items were sent to Lake County Sheriff Department. Good luck!

- Application
- Resume

**When will you hear back?**

This employer typically responds to applications in 1-2 days.

Candidates are encouraged to respond within 3 days of employer contact.

# Federal Bureau of Prisons job Applied

*Exhibit B*
*2 of 16*

From: kenneth motley (getwyld@yahoo.com)

To: getwyld@yahoo.com

Date: Sunday, March 19, 2023 at 12:50 AM CDT



Sent from Yahoo Mail on Android

# JOB OPPORTUNITY with Wheeler Correctional

*Exhibit B*
*3 of 16*

From: Duncan, Jeffrey (duncanjeffreytxp44_5bz@indeedemail.com)

To:

Date: Friday, August 5, 2022 at 07:46 AM CDT

Wheeler Correctional is now paying $18.36 an hour with a $3500 Sign On Bonus for Correctional Officers. If interested, click on the below link and complete an application or go to the Jobs.corecivic.com Link and apply. Where it ask for resume, just mark Write or Paste and put Not Available in the block.
https://jobs.corecivic.com/ShowJob/Id/1368734/Correctional-Officer/

**JEFF DUNCAN**
*Field Recruiter, Talent Acquisition*

CoreCivic Facility Support Center
5501 Virginia Way
Brentwood, TN 37027
(c) 615-753-5061
Jeffrey.Duncan2@corecivic.com

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the Symantec Email Security.cloud service.

## Online résumé/CV Submission for Court Security Officer - Sheriff's Office 217382-924

From: Lake County IL (no-reply@silkroad.com)

To: getwyld@yahoo.com

Date: Monday, March 2, 2020 at 05:36 PM CST

*Exhibit B*
*4 of 16*

Thank you for taking the time to apply for employment with Lake County. We have received your application/resume and are currently reviewing your credentials. Due to the volume of applications, the initial stages of the hiring process may take up to 6 weeks to complete. We will carefully review your qualifications during this initial screening and if we determine that your background and experience meet our criteria, we will be in touch with you. Again, thank you for considering Lake County as an employer. We wish you success in your future endeavors.

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 30 of 41 PageID #:30

## Update: Indiana State Prison Viewed Your Application

Exhibit B
5 of 16

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Wednesday, October 23, 2019 at 12:07 PM CDT



# indeed

Here's an update on your recent application:

Your application for **Correctional Officer - Indiana State Prison** at **Indiana State Prison** was viewed by the employer.

Ready to apply to more jobs? Sign in to manage all of your applications in one place.

Manage your applications

© 2019 Indeed, Inc.

6433 Champion Grandview Way, Building 1, Austin, TX 78750

PRIVACY POLICY | TERMS | HELP | UNSUBSCRIBE

## Indeed Application: Correctional Officer Trainee

*Exhibit B*
*6 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Tuesday, October 22, 2019 at 10:48 PM CDT

## indeed

# You submitted an application for:

## Correctional Officer Trainee

Army & Army Reserves - South Holland, IL

77 reviews

The following items have been submitted. Good luck!

- Application
- Resume

Follow Army & Army Reserves to get job updates from them.

Please don't reply directly to this automatically generated email message. If you have any questions or concerns about your application, contact Indeed.

## Correctional Officer Application

Exhibit B
7 of 16

From: Davis, Angela (davisangela47_6xk@indeedemail.com)

To: getwyld@yahoo.com

Date: Wednesday, May 22, 2019 at 12:02 PM CDT

Thank you for your interest in becoming a Correctional Officer.

Applying for this position is a **TWO-STEP PROCESS**.
Before we can begin processing your application, **you must complete BOTH of these steps**.

## Step 1
**Click Here** to complete the State of Florida application.

**After the application has been submitted, go to Step 2 below.**

## Step 2
**Click Here** to complete the Correctional Officer Supplemental Application

Once we receive your supplemental application, we can begin processing your required background check. You will be hearing from us again once your background check has been completed.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.

## indeed

This email is in response to a job application submitted on Indeed

**Suspect spam or fraud?** Report this message to Indeed

By replying or using an indeedemail.com email address, you agree that this email will be processed and analyzed according to the Indeed Cookie Policy, Privacy Policy, and Terms of Service.

12/22/24, 9:57 PM
Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 33 of 41 PageID #:33
Yahoo Mail - RE: Correctional Officer @ RCC candidate Kenneth Motley applied on Indeed

Exhibit B
8 of 16

# Kenneth Motley applied for your Correctional Officer @ RCC job in La Grange, KY

⚡ **Act fast.** Candidates are most responsive within 3 days of their application

**Call**

**Reply now**

**Show phone number**

View Candidate - Reject candidate

💬 You can also respond to this candidate by replying directly to this email.

## Send a Quick Reply

You will have a chance to edit your message before sending.

 Still interested?

 Does the commute work for you?

 I'd love to chat, when can I call you?

# Candidate Overview

## Application Questions

What is the highest level of education you have completed?

**High school or equivalent**

Do you have the following license or certification: Driver's?

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 34 of 41 PageID #:34

You received a request from Oklahoma Department Of Corrections

*Exhibit B*
*9 of 16*

From: Oklahoma Department Of Corrections (donotreply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 07:02 AM CDT

CONGRATS!

# Here's the next step

Next Round:
**Phone Screen**

**Oklahoma Department Of Corrections** has invited you to complete Phone Screen for the **Chief of Security** position you applied to.

## Get Started

Start Assessment

**How does this test work?**

The automated phone screen provides you with the ability to let employers learn a little bit more about you as part of the application process. By calling into the number provided, you will be asked a series of questions and your answers will be recorded. These questions are designed to help the

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 35 of 41 PageID #:35

## Indeed Application: Correctional Officer

*Exhibit B*
*10 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 07:01 AM CDT


**indeed**

## You submitted an application for:

| ✓ | **Correctional Officer**<br>Fedeeral Detention Center, SeaTac WA - Seattle, WA 98198 | Submitted |

---

| Follow | Get job updates from **Fedeeral Detention Center, SeaTac WA** |

---

### More jobs like this

Correctional Officer (Senior Officer)
US Department of Justice - SeaTac, WA

Armed Protection/Former and Current LEO and MPO
The North Group, Inc. - Seattle, WA

Lateral/Experienced Corrections Officer
City of Kent, WA - Kent, WA

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

---

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may unsubscribe.

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 36 of 41 PageID #:36

## Indeed Application: Corrections Deputy

*Exhibit B*
*11 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 07:00 AM CDT



## indeed

### You submitted an application for:

| | | |
|---|---|---|
| ✓ | <u>Corrections Deputy</u><br>St. Clair County - Port Huron, MI | **Submitted** |

| Follow | Get job updates from **St. Clair County** |



### » **Learn what it's like to work at St. Clair County.**

<u>Read 37 employer reviews</u>

### **More jobs like this**

<u>Mounted Deputy - Part-Time</u>
Oakland County Michigan - Pontiac, MI

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please <u>contact Indeed</u>.

<u>Indeed</u> - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may <u>unsubscribe</u>.

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 37 of 41 PageID #:37

## Indeed Application: Correctional Officer - Full & Part Time

*Exhibit B*
*12 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 07:00 AM CDT

## indeed

You submitted an application for:

| | |
|---|---|
| Correctional Officer - Full & Part Time<br>Bradford County - Troy, PA | Submitted |

Follow | Get job updates from **Bradford County**

### More jobs like this

Help Wanted
C.O.S. Wireless - Towanda, PA

Administrative Assistant
Bradford Recovery Center - Millerton, PA

Garden Center Merchandiser
Plant Essentials Inc - Sayre, PA

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may unsubscribe.

RE: Correctional Officer candidate - Kenneth Motley applied on Indeed

Exhibit B
13 of 16

From: Florida Department of Corrections, Baker, Tammy (bakertammy7_iyj@indeedemail.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 06:59 AM CDT

Thank you for your interest in becoming a Correctional Officer. Please feel free to contact me if you have any question I look forward in meeting with you 941-833-8037 Sergeant T. Baker Recruiter for Charlotte CI. Please follow direction below and let me know once completed so I can keep an eye out for your application.

Also, please review the video on more information about the Florida Department of Corrections. **https://www.youtube.com/watch?v=37zZUEXa3pk**

Thank you,

Applying for this position is a **TWO-STEP PROCESS**.
Before we can begin processing your application, **you must complete BOTH of these steps**.

# Step 1
**Click Here** to complete the State of Florida application.

**After the application has been submitted, go to Step 2 below.**

# Step 2
**Click Here** to complete the Correctional Officer Supplemental Application

Tammy M.Baker
Recruitment Sergeant
Charlotte C.I.
33123 Oil Well Road
Punta Gorda, Florida 33955
(941) 833-8037 Ext: 38037
(941) 575-5747-Fax
Tammy.Baker@fdc.myflorida.com

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 39 of 41 PageID #:39

## Indeed Application: Pre-Trial Release Officer

*Exhibit B*
*14 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 06:59 AM CDT

 **indeed**

### You submitted an application for:

| ⊘ | **Pre-Trial Release Officer**<br>Klamath County Oregon - Klamath Falls OR | **Submitted** |

---

| Follow | Get job updates from **Klamath County Oregon** |

---

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

---

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may unsubscribe.

Case: 1:24-cv-13221 Document #: 1 Filed: 12/26/24 Page 40 of 41 PageID #:40

## Indeed Application: Correctional Officer Trainee

*Exhibit B*
*15 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 06:57 AM CDT


## indeed

### You submitted an application for:

✓  **Correctional Officer Trainee**
Franklin Correctional Institution located in Carrabelle,Fl. - Tallahassee, FL    **Submitted**

---

| Follow | Get job updates from **Franklin Correctional Institution located in Carrabelle,Fl.** |

---

### More jobs like this

CORRECTIONAL OFFICER SERGEANT - 70015736
The State of Florida - Sneads, FL

Correctional Officer
Gadsden Correctional Facility - Quincy, FL

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

---

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may unsubscribe.

## Indeed Application: Correctional Officer

*Exhibit B*
*16 of 16*

From: Indeed Apply (indeedapply@indeed.com)

To: getwyld@yahoo.com

Date: Thursday, May 2, 2019 at 06:43 AM CDT


**indeed**

### You submitted an application for:

| | | |
|---|---|---|
| ✓ | **Correctional Officer**<br>Caldwell Correctional Center - Grayson, LA | Submitted |

| Follow | Get job updates from **Caldwell Correctional Center** |
|---|---|

**»** **Learn what it's like to work at Caldwell Correctional Center.**

Read 5 employer reviews

### More jobs like this

Bilingual Corrections Officer (Spanish)
Jackson Correctional Center - Jonesboro, LA

Bilingual Correctional Officer (Spanish)
Richwood Correctional Center - Monroe, LA

AT&T Retail Sales Consultant
Prime Communications - Columbia, LA

The following items have been submitted. Good luck!

- Application
- Resume

Please do not reply directly to this autogenerated email message. If you have any questions or concerns about your application, please contact Indeed.

Indeed - one search. all jobs. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750
If you no longer wish to receive these types of emails, you may unsubscribe.